**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03221-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALAN R. STORY,

    Plaintiff,

v.

CITY OF FRUITA,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff has submitted a Complaint alleging a constitutional violation against Defendant.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   X   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by plaintiff/petitioner/applicant
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   X   other: <u>notarized § 1915 Motion & Affidavit is necessary only if $400.00 filing fee is not paid in full in advance.</u>

**Complaint or Petition**:
- (9)   ___   is not submitted
- (10)  ___   is not on proper form (must use the court's current form)
- (11)  ___   is missing an original signature by the plaintiff/petitioner/applicant
- (12)  ___   is incomplete
- (13)  ___   uses et al. instead of listing all parties in caption
- (14)  ___   names in caption do not match names in text
- (15)  ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16)  _X_   other: no claims for relief asserted.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 26, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland

United States Magistrate Judge